**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JONATHAN DRUMMOND,

Plaintiff,

v. Case No: 6:24-cv-1908-RBD-EJK

MAUI NIX, INC.,

Defendant.

---

**ORDER OF DISMISSAL**

This cause is before the Court upon the parties' Joint Notice of Settlement filed on January 28, 2025 (Doc. 22), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.
2. All pending motions are denied as moot and all deadlines and hearings are terminated.
3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 30, 2025.

ROY B. DALTON, JR.
United States District Judge